UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

OTIS NELSON,

    Plaintiff,

vs.

EQUIFAX INFORMATION
SERVICES, LLC, a Georgia
Corporation; EXPERIAN
INFORMATION SOLUTIONS, an
Ohio Corporation; TRANS UNION, LLC,
a Delaware limited liability company; and
FIRST PREMIER BANK, a foreign corporation;

    Defendants.

Case No. 2:15-cv-11775
Hon. Laurie J. Michelson
Magistrate Judge Mona K. Majzoub

_____

## STIPULATION TO DISMISS DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC, ONLY, WITH PREJUDICE

Plaintiff and Equifax Information Services, LLC ("Equifax"), through their counsel, stipulate and agree that all claims herein between Plaintiff and Equifax have been settled and that Defendant Equifax should be dismissed with prejudice and without costs or fees awarded to either party.

**/s/ Gary D. Nitzkin**
GARY D. NITZKIN  (P41155)
Attorneys for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
email – gnitzkin@creditor-law.com

**/s/ Jordan S. Bolton**
JORDAN S. BOLTON (P66309)
Attorney for Defendant
500 Woodward Ave., Ste. 3500
Detroit, MI  48226
(313) 965-8300
email – jbolton@clarkhill.com

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

OTIS NELSON,

    Plaintiff,

vs.

EQUIFAX INFORMATION
SERVICES, LLC, a Georgia
Corporation; EXPERIAN
INFORMATION SOLUTIONS, an
Ohio Corporation; TRANS UNION, LLC,
a Delaware limited liability company; and
FIRST PREMIER BANK, a foreign corporation;

    Defendants.

Case No. 2:15-cv-11775
Hon. Laurie J. Michelson
Magistrate Judge Mona K. Majzoub

_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COST

**IT IS HEREBY ORDERED** that Defendant, Equifax Information Services, LLC, only, is hereby dismissed with prejudice and without cost to any party.

                      s/Laurie J. Michelson

                      LAURIE J. MICHELSON
                      UNITED STATES DISTRICT JUDGE

Dated: June 8, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 8, 2015.

                                                s/Jane Johnson
                                                Case Manager to
                                                Honorable Laurie J. Michelson