UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

OTIS NELSON,

    Plaintiff,

vs.

EQUIFAX INFORMATION
SERVICES, LLC, a Georgia
Corporation; EXPERIAN
INFORMATION SOLUTIONS, an
Ohio Corporation; TRANS UNION, LLC,
a Delaware limited liability company; and
FIRST PREMIER BANK, a foreign corporation;

    Defendants.

Case No. 2:15-cv-11775
Hon. Laurie J. Michelson
Magistrate Judge Mona K. Majzoub

_____

## STIPULATION TO DISMISS DEFENDANT, TRANS UNION, LLC, ONLY, WITH PREJUDICE

Plaintiff and Trans Union, LLC, ("Trans Union"), through their counsel, stipulate and agree that all claims herein between Plaintiff and Trans Union have been settled and that Defendant Trans Union should be dismissed with prejudice and without costs or fees awarded to either party.

| | |
|---|---|
| **/s/ Gary D. Nitzkin** | **/s/ Justin T. Walton** |
| GARY D. NITZKIN  (P41155) | JUSTIN T. WALTON(IN #29540-49) |
| Attorneys for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | Schuckit & Associates, P.C. |
| Southfield, MI 48033 | 4545 Northwestern Drive |
| (248) 353-2882 | Zionsville, IN  46077 |
| email – gnitzkin@creditor-law.com | (317) 363-2400 |
| | email- jwalton@schuckitlaw.com |

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

OTIS NELSON,

    Plaintiff,

vs.

EQUIFAX INFORMATION
SERVICES, LLC, a Georgia
Corporation; EXPERIAN
INFORMATION SOLUTIONS, an
Ohio Corporation; TRANS UNION, LLC,
a Delaware limited liability company; and
FIRST PREMIER BANK, a foreign corporation;

    Defendants.

Case No. 2:15-cv-11775
Hon. Laurie J. Michelson
Magistrate Judge Mona K. Majzoub

_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COST

**IT IS HEREBY ORDERED** that Defendant, Trans Union, LLC, only, is hereby dismissed with prejudice and without cost to any party.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: July 29, 2015

2

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 29, 2015.

                                              s/Jane Johnson
                                              Case Manager to
                                              Honorable Laurie J. Michelson