UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

OTIS NELSON,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS; and FIRST PREMIER BANK;

    Defendants.

Case No. 2:15-cv-11775
Hon. Laurie J. Michelson
Magistrate Judge Mona K. Majzoub

_____

## STIPULATION TO DISMISS CASE WITH PREJUDICE AND WITHOUT FEES OR COSTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims with prejudice and without attorney's fees or costs to either party.

/s/ Gary D. Nitzkin
GARY D. NITZKIN (P41155)
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48034
T (248) 353-2882
gnitzkin@creditor-law.com

/s/ Charity A. Olson
CHARITY A. OLSON (P68295)
Attorney for First Premier Bank
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
(734) 222-5179
colson@olsonlawpc.com

1

/s/ Tamara E. Fraser
TAMARA E. FRASER (P51997)
Attorney for Experian
380 North Old Woodward, Ste. 300
Birmingham, MI 48009
tefraser@wwrplaw.com

2

# ORDER OF DISMISSAL
# WITH PREJUDICE AND WITHOUT FEES OR COSTS

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without fees or costs to either party.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated:  January 11, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 11, 2016.

s/Jane Johnson
Case Manager to
Honorable Laurie J. Michelson

1